Law Offices of
DENA MARIE YOUNG (CSB #215344)
2751 4th Street, PMB #136
Santa Rosa, CA 95405
Telephone: (707) 528-9479
Facsimile: (707) 692-5314
Email: dmyounglaw@gmail.com

Attorney for Defendant
JARAY SIMMONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARAY SIMMONS,<br><br>Defendant. | Case No. CR-18-00179-EMC<br><br>**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM**<br><br>Date: August 14, 2019<br>Time: 2:30 p.m. |

Defendant JARAY SIMMONS, by and through his counsel of record, Dena Marie Young, hereby submits the attached Exhibit A to supplement his Sentencing Memorandum.

Dated: August 13, 2019

Respectfully Submitted,

\_\_\_/s /_____
DENA MARIE YOUNG

Attorney for Defendant
JARAY SIMMONS

| | |
|---|---|
| **From:** | patricia simmons |
| **To:** | dmyounglaw@gmail.com |
| **Subject:** | Support Letter: Jaray Simmons |
| **Date:** | Monday, August 12, 2019 4:16:37 PM |

Your Honer, Edward M. Chen

Hello I'm Jaray Simmons sister... Patricia (Simmons) Chavez Downs! I'm writing this to let you know how amazing my brother is! He has 6 beautiful nieces and nephews, three from me and three from our little sister Donyale Simmons. Jaray had a rough start, he had to become a man at a very young age. He left our home So young that he had to grow up fast. The life style my mom had trying to maintain 3 kids herself was hard. With divorcing my dad from domestic abuse for over 10 years to the next relationship being toxic, my brother had no choice but to leave home to live with friends from house to house. Me and Donyale stayed behind but my brother would visit from time to time checking in on us. From this point on he moved back to our home town to look into becoming a barber... he got his GED and worked hard for it. Still to this day I'm proud of him! Long story short I have the best brother in the entire world and I can't wait for him to get home to his Son, and the rest of us!!! Love always his little big sister!